| | |
|---|---|
| Charles A. Dale (*pro hac vice* to be submitted)<br>**PROSKAUER ROSE LLP**<br>One International Place<br>Boston, MA  02110<br>Telephone:     617-526-9600<br>Facsimile:      617- 526-9899 | Lynn L. Tavenner (Va. Bar No. 30083)<br>Paula S. Beran (Va. Bar No. 34679)<br>**TAVENNER & BERAN, PLC**<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219<br>Telephone:      804-783-8300<br>Facsimile:       804-783-0178 |

David M. Hillman (*pro hac vice* to be submitted)
John A. Peterson III (*pro hac vice* to be submitted)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone:     212-969-3000
Facsimile:      212-969-2900

*Co-counsel to MidCap Financial Trust*
*and MidCap Funding Investments XI LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Paper Source, Inc., *et al.*[1] | ) Case No. 21-30660 |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned appear in the above-captioned cases on behalf of (a) MidCap Financial Trust, in its capacity as (i) administrative and collateral agent pursuant to the prepetition first lien Credit and Guaranty Agreement dated as of May 22, 2019 with the debtors and (ii) administrative agent and collateral agent under the proposed debtor-in-possession financing, as more fully set forth in the *Debtors' Motion for Entry of Interim and Final Orders  (a) Authorizing the Debtors to Obtain  Postpetition Financing, (b) Authorizing the  Debtors to use*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pine Holdings, Inc. (4460) and Paper Source, Inc. (8035).  The Debtors' service address is 125 South Clark St., Chicago, IL 60603.

1

*Cash Collateral, (c) Granting Liens and Providing Superpriority Administrative Expense Status, (d) Granting Adequate Protection to the Prepetition Secured Parties, (e) Modifying the Automatic Stay, (f) Scheduling a Final Hearing, and (g) Granting Related Relief*; and (b) MidCap Funding Investments XI LLC, the stalking horse bidder for the Debtors' assets in their proposed sale under Bankruptcy Code § 363, and pursuant to Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, request that they be placed on all mailing matrixes and further request that all notices, given or required to be given, all pleadings, papers, or other documentation served or required to be served in these cases be given to and served on the attorneys at the addresses set forth below:

>   Lynn L. Tavenner, Esquire
>   Paula S. Beran, Esquire
>   **TAVENNER & BERAN, PLC**
>   20 North Eighth Street, Second Floor
>   Richmond, Virginia 23219
>   Telephone: 804-783-8300
>   Facsimile:  804-783-0178
>   E-mail: ltavenner@tb-lawfirm.com
>           pberan@tb-lawfirm.com
>
>   Charles A. Dale, Esquire
>   Elliot R. Stevens, Esquire
>   **PROSKAUER ROSE LLP**
>   One International Place
>   Boston, MA 02110
>   Telephone: 617-526-9600
>   Facsimile:  617-526-9899
>   E-mail: cdale@proskauer.com
>           estevens@proskauer.com
>
>   David M. Hillman, Esquire
>   John A. Peterson III, Esquire
>   **PROSKAUER ROSE LLP**
>   Eleven Times Square
>   New York, NY 10036-8299
>   Telephone: 212-969-3000
>   Facsimile:  212-969-2900
>   E-mail: dhillman@proskauer.com
>           jpeterson@proskauer.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the above-mentioned Bankruptcy Rules, but also, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Respectfully Submitted,

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esq. (Va. 30083)
Paula S. Beran, Esq. (Va. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone:    (804) 783-8300

*Co-Counsel to MidCap Financial Trust
and MidCap Funding Investments XI LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2021, a true and correct copy of the foregoing was sent electronically to the Office of the United States Trustee, Counsel for the Debtors, and to any party receiving ECF Notices in these cases.

*/s/ Paula S Beran*
Co-counsel

.