| | |
|---|---|
| John C. Longmire (*pro hac vice* admission pending) | Christopher A. Jones (VSB# 40064) |
| Matthew A. Feldman (*pro hac vice* admission pending) | David W. Gaffey (VSB# 85088) |
| James H. Burbage (*pro hac vice* admission pending) | Jae Won Ha (VSB# 94781) |
| **WILLKIE FARR & GALLAGHER LLP** | **WHITEFORD TAYLOR & PRESTON LLP** |
| 787 Seventh Avenue | Two James Center |
| New York, NY 10019 | 1021 E. Cary Street, Suite 1700 |
| | Richmond, VA 23219 |
| Telephone: (212) 728-8000 | Telephone: (804) 977-3300 |
| Facsimile: (212) 728-8111 | Facsimile: (804) 977-3299 |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PAPER SOURCE, INC., *et al.*,[1] | ) | Case No. 21-30660 (KLP) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF FILING OF CHAPTER 11 PETITIONS AND
## FIRST DAY MOTIONS AND PROPOSED HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on March 2, 2021 (the "Petition Date"), the debtors and debtors in possession in the above-captioned cases (together, the "Debtors") filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"), their respective voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors have requested an expedited hearing (the "First Day Hearing") to consider certain motions and applications (collectively, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pine Holdings, Inc. (4460) and Paper Source, Inc. (8035). The Debtors' service address is 125 South Clark St., Chicago, IL 60603.

- 1 -

"First Day Motions") filed on the Petition Date and listed on the Proposed First Day Agenda attached hereto as **Annex I**.

**PLEASE TAKE FURTHER NOTICE THAT** this Court has scheduled the First Day Hearing on **March 3, 2021**, at **3:00 p.m.**, prevailing Eastern Time, 5th Floor, United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia, 23219.  The First Day Hearing will be held by remote video conference and interested parties may participate in such First Day Hearing by registering in advance through Zoom using the following hyperlink:

https://www.zoomgov.com/meeting/register/vJItc--uqzkvHqCi3Sby9lc6x7kFVi67r4Y

**PLEASE TAKE FURTHER NOTICE THAT** parties who wish to attend the hearing, but do not intend on participating in the hearing (listen-only), are not required to register for the hearing in advance and may attend the hearing by using the following dial-in number:

> Phone Number: 888-636-3807
>
> Access Code: 8233381
>
> Security Code: 0303

**PLEASE TAKE FURTHER NOTICE THAT** a copy of each of the First Day Motions may be obtained at no charge at https://dm.epiq11.com/PaperSource or via this Court's CM/ECF website at https://ecf.vaeb.uscourt.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should carefully read the First Day Motions and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want this Court to grant the relief requested in any of the First Day Motions, or if you want this Court to consider your views

on any of the First Day Motions, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, this Court may decide that you do not oppose the relief sought in any of the First Day Motions and may enter orders granting the relief requested in the First Day Motions.

Dated: March 2, 2021
Richmond, Virginia

| | |
|---|---|
| */s/ David W. Gaffey* | |
| Christopher A. Jones (VSB# 40064) | John C. Longmire (*pro hac vice* admission pending) |
| David W. Gaffey (VSB# 85088) | Matthew A. Feldman (*pro hac vice* admission pending) |
| Jae Won Ha (VSB# 94781) | James H. Burbage (*pro hac vice* admission pending) |
| **WHITEFORD TAYLOR & PRESTON LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| Two James Center | 787 Seventh Avenue |
| 1021 E. Cary Street, Suite 1700 | New York, NY 10019 |
| Richmond, VA 23219 | |
| Telephone:     (804) 977-3300 | Telephone:     (212) 728-8000 |
| Facsimile:     (804) 977-3299 | Facsimile:     (212) 728-8111 |
| | |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

# Annex 1

**Proposed First Day Agenda**

Case 21-30660-KLP    Doc 31    Filed 03/02/21    Entered 03/02/21 11:50:58    Desc Main
Document    Page 4 of 8

| | |
|---|---|
| John C. Longmire (*pro hac vice* admission pending) | Christopher A. Jones (VSB# 40064) |
| Matthew A. Feldman (*pro hac vice* admission pending) | David W. Gaffey (VSB# 85088) |
| James H. Burbage (*pro hac vice* admission pending) | Jae Won Ha (VSB# 94781) |
| **WILLKIE FARR & GALLAGHER LLP** | **WHITEFORD TAYLOR & PRESTON LLP** |
| 787 Seventh Avenue | Two James Center |
| New York, NY 10019 | 1021 E. Cary Street, Suite 1700 |
| | Richmond, VA 23219 |
| Telephone:     (212) 728-8000 | Telephone:     (804) 977-3300 |
| Facsimile:     (212) 728-8111 | Facsimile:     (804) 977-3299 |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| PAPER SOURCE, INC., *et al*.,[1] | ) Case No. 21-30660 (KLP) |
| Debtors. | ) (Joint Administration Requested) |

**PROPOSED FIRST DAY AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MARCH 3, 2021 AT 3:00 P.M. (PREVAILING EASTERN TIME)**

**I.    INTRODUCTION**

1. "First Day Declaration." *Declaration of Ronald Kruczynski, Chief Financial Officer of Paper Source, Inc., in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 4]

**II.   MOTION TO EXPEDITE AND JOINT ADMINISTRATION**

2. "Motion for Expedited First Day Hearing." *Debtors' Motion for Entry of an Order (A) Setting an Expedited Hearing on First Day Motions and (B) Granting Related Relief* [Docket No. ●]

3. "Joint Administration." *Debtors' Motion for Entry of an Order (A) Directing Joint Administration of Chapter 11 Cases and (B) Granting Related Relief* [Docket No. 3]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pine Holdings, Inc. (4460) and Paper Source, Inc. (8035). The Debtors' service address is 125 South Clark St., Chicago, IL 60603.

-1-

**III.    FINANCING AND WAGES MOTIONS**

    4.    "<u>DIP & Cash Collateral Motion</u>." *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief* [Docket No. 5]

        a.    <u>Declaration in Support of DIP Financing</u>." *Declaration of Colin M. Adams in Support of Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief* [Docket No. 6]

    5.    "<u>Wages Motion</u>." *Debtors' Motion for Entry of Interim and Final Orders: (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, (II) Continue Employee Benefits Programs, and (III) Pay Prepetition Withholdings and Payroll-Related Taxes; and (B) Granting Related Relief* [Docket No. 15]

**IV.    SALE AND BIDDING PROCEDURES**

    6.    "<u>Sale and Bidding Procedures Motion</u>."  *Debtors' Motion for Entry of Orders (A) Approving Sale of Substantially All of the Debtors' Assets, and (B) (I) Approving Bidding Procedures in Connection Therewith, (II) Scheduling a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (V) Granting Related Relief*  [Docket No. 25]

**V.    OPERATIONAL MOTIONS**

    7.    "<u>Cash Management Motion</u>." *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, and (III) Maintain Existing Business Forms and (B) Granting Related Relief* [Docket No. 9]

8. "Critical Vendors Motion." *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (B) Granting Related Relief* [Docket No. 12]

9. "Customer Programs Motion." *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) Granting Related Relief* [Docket No. 11]

10. "Lienholder Claims Motion." *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Payment of Prepetition Common Carrier, Warehouse, and Lienholder Claims and Related Obligations and (B) Granting Related Relief* [Docket No. 13]

11. "Lease Rejection Motion." *Debtors' Motion for Entry an Order (A) Authorizing (I) the Rejection of Certain Unexpired Leases, (II) Abandonment of Any Personal Property, Effective as of the Petition Date, and (B) Granting Related Relief* [Docket No. 14]

12. "Insurance Motion." *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain, Renew, or Supplement Their Insurance Policies, (II) Continue Their Insurance Premium Financing Agreement, (III) Maintain, Renew, or Supplement Their Surety Bonds, and (B) Granting Related Relief* [Docket No. 16]

13. "Taxes Motion." *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (B) Granting Related Relief* [Docket No. 17]

14. "Utilities Motion." *Debtors' Motion for Entry of Interim and Final Orders (A) Prohibiting Utility Companies from Altering or Discontinuing Services, (B) Providing Utility Companies with Adequate Assurance of Payment, (C) Establishing Procedures for Resolving Requests for Additional Assurance of Payment, and (D) Granting Related Relief* [Docket No. 10]

## VI. ADMINISTRATIVE MOTIONS

15. "Case Management Motion." *Debtors' Motion for Entry of an Order (A) Establishing Certain Notice, Case Management, and Administrative Procedures and (B) Granting Related Relief* [Docket No. 8]

16. "Schedules and Statements Motion." *Debtors' Motion for Entry of an Order (A) Extending Time to File Schedules and Statements of Financial Affairs, (B) Authorizing the Debtors to File a Consolidated List of Creditors in lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Authorizing*

   *the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (D) Authorizing the Debtors to Redact Certain Personal Identification Information, and (E) Granting Related Relief* [Docket No. 7]

17. "<u>Claims and Noticing Agent Retention Application</u>." *Debtors' Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c) (A) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors and (B) Granting Related Relief* [Docket No. 18]

Dated: March 2, 2021
Richmond, Virginia

*/s/ David W. Gaffey*

| | |
|---|---|
| Christopher A. Jones (VSB# 40064) | John C. Longmire (*pro hac vice* admission pending) |
| David W. Gaffey (VSB# 85088) | Matthew A. Feldman (*pro hac vice* admission pending) |
| Jae Won Ha (VSB# 94781) | James H. Burbage (*pro hac vice* admission pending) |
| **WHITEFORD TAYLOR & PRESTON LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| Two James Center | 787 Seventh Avenue |
| 1021 E. Cary Street, Suite 1700 | New York, NY 10019 |
| Richmond, VA 23219 | |
| Telephone:     (804) 977-3300 | Telephone:     (212) 728-8000 |
| Facsimile:     (804) 977-3299 | Facsimile:     (212) 728-8111 |
| | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |