| | |
|---|---|
| Peter A. Siddiqui (*pro hac vice* admission pending) | Donald C. Schultz (VSB No.30531) |
| Allison E. Yager  (*pro hac vice* admission pending) | Darius K. Davenport (VSB No. 74064) |
| **KATTEN MUCHIN ROSENMAN LLP** | **CRENSHAW, WARE & MARTIN, PLC** |
| 525 W. Monroe St. | 150 West Main Street, Suite 1500 |
| Chicago, IL 60661 | Norfolk, Virginia 23510 |
| Telephone:    (312) 902-5200 | Telephone:    (757) 623-3000 |
| Facsimile:    (312) 902-1061 | Facsimile:    (757) 623-5735 |

*Proposed Co-Counsel to Victory Park Management, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PAPER SOURCE, INC., *et al.*,[1] | Case No. 21-30660 (KLP) |
| Debtors. | (Joint Administration Requested) |

## ORDER GRANTING MOTION PURSUANT TO
## LOCAL RULE 2090-1(E)(3) FOR ADMISSION *PRO HAC VICE*

Upon the motion (the "Motion")[2] of Darius K. Davenport of Crenshaw, Ware & Martin, PLC for the admission *pro hac vice* of Peter A. Siddiqui ("Mr. Siddiqui"), a Partner in the law firm of Katten Muchin Rosenman, LLP, 525 West Monroe St., Chicago, IL 60661; it appearing that the relief requested is in the best interests of the Creditor, Victory Park Management, LLC and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief. The location of the Debtors' service address is 250 Vesey Street, 22nd Floor, New York, New York 10281.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is granted in its entirety.

2. Mr. Siddiqui is authorized to appear and practice *pro hac vice* on behalf of Victory Park Management, LLC in the above-captioned chapter 11 cases.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Mar 4 2021

Dated: _____, 2021
Richmond, Virginia

/s/ Keith L Phillips
_____
United States Bankruptcy Judge

Entered On Docket:Mar 4 2021

WE ASK FOR THIS:

<u>/s/ *Darius K. Davenport*</u>
Donald C. Schultz (VSB No. 30531)
Darius K. Davenport (VSB No. 74064)
**CRENSHAW, WARE & MARTIN, PLC**
150 West Main Street
Suite 1500
Norfolk, Virginia 23510
Telephone:    (757) 623-3000
Facsimile:    (757) 623-5735
Email:  dschultz@cwm-law.com
            ddavenport@cwm-law.com

 -and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (*pro hac vice* admission pending)
Allison Yager (*pro hac vice* admission pending)
525 West Monroe Street
Chicago, Illinois 60661
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061
Email: peter.siddiqui@katten.com
            allison.yager@katten.com

<u>**CERTIFICATION OF ENDORSEMENT**</u>
<u>**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**</u>

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

<u>/s/ *Darius K. Davenport*</u>
_____