**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **PAPER SOURCE, INC., *et al.*,** | **Case No. 21-30660 (KLP)** |
| **Debtors.** | **(Joint Administration Requested)** |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE, OF MATTHEW G. BOUSLOG UNDER LOCAL BANKRUPTCY RULE 2090-1(E)(3)**

Dennis T. Lewandowski, a member attorney at the law firm of KAUFMAN & CANOLES (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), hereby moves the Court, pursuant to this motion (the "Motion"), for the entry of an order, substantially in the form of order attached hereto as **Exhibit A** (the "Order"), authorizing Matthew G. Bouslog, of the law firm of Gibson, Dunn & Crutcher LLP (the "Admittee"), to appear and practice *pro hac vice* and to represent the interests of Investcorp International Inc. in the above-captioned cases (the "Bankruptcy Cases") and any related adversary litigation pursuant to Rule 2090-1(E)(3) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of this Motion, the Movant states as follows:

## Jurisdiction

1. The Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C § 157(b) and may be determined by the Court. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and

Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman & Canoles
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3252
Fax: (888) 360-9092
E-mail: dtlewand@kaufcan.com

Matthew G. Bouslog, Esq. (*pro hac vice pending)*
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Tel: (949) 451-4030
Fax: (949) 475-4640_
E-mail: mbouslog@gibsondunn.com

*Counsel to Investcorp International Inc.*

1409.

**Relief Requested**

2. By this Motion, the Movant seeks entry of an Order authorizing the Admittee to appear and practice *pro hac vice* before the Court on behalf of Investcorp International Inc.

3. Matthew G. Bouslog is a member in good standing of the bar of the State of California and the United States District Court for the Northern District of California, among others. There are no disciplinary proceedings pending against him in any jurisdiction in which he is admitted to practice.

4. Pursuant to Local Bankruptcy Rule 2090-1(E)(3)(a), "[a]n attorney qualified to practice in the United States District Court of another state, the District of Columbia or a territory of the United States may appear and practice in cases pro hac vice before this Court upon motion of a member of the Bar of this Court, provided that in all appearances said attorney shall be accompanied by a member of this Bar."

5. The Movant requests that this Court authorize the Admittee to file pleadings, appear and be heard at hearings, and otherwise participate in the Bankruptcy Cases and all related proceedings, all with the assistance or accompaniment by a member of this Bar.

6. The Movant will serve as co-counsel to Investcorp International Inc. with the Admittee and other members of KAUFMAN & CANOLES in the Bankruptcy Cases and related proceedings.

7. The Admittee's application is attached hereto as **Exhibit B** (the "Application") and incorporated by reference into this Motion.

**Notice**

8. Notice of this Motion has been provided in accordance with the CM/ECF system.

The Movant believes that no other or further notice need be provided.

**No Previous Request**

9. No previous request for the relief sought herein has been made by the Movant to this or any other court.

WHEREFORE, the Movant respectfully requests that this Court enter an Order (a) authorizing the Admittee to appear pro hac vice in the Bankruptcy Cases and all related proceedings and (b) granting such other and further relief as is just and proper.

Dated: March 11, 2021

**KAUFMAN & CANOLES, P.C.**

By: *\/s/ Dennis T. Lewandowski*
Counsel

Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman & Canoles
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3252
Fax: (888) 360-9092
E-mail: dtlewand@kaufcan.com

*Counsel to Investcorp International Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2021, a true copy of the foregoing Motion for Admission to Practice, Pro Hac Vice, of Matthew G. Bouslog Under Local Bankruptcy Rule 2090-1(E)(3) was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all creditors and parties in interest.

*/s/ Dennis T. Lewandowski*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **PAPER SOURCE, INC., *et al.*,** | **Case No. 21-30660 (KLP)** |
| **Debtors.** | **(Joint Administration Requested)** |

**ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE, OF MATTHEW G. BOUSLOG UNDER LOCAL BANKRUPTCY RULE 2090-1(E)(3)**

Upon the motion (the "Motion") of Dennis T. Lewandowski, a member attorney at the law firm of KAUFMAN & CANOLES, a Professional corporation, for the admission pro hac vice of Matthew G. Bouslog (the "Admittee"), an attorney at the law firm of Gibson, Dunn & Crutcher, LLP, pursuant to Local Bankruptcy Rule 2090-1(E)(3), as more fully described in the Motion, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the requested relief being a core proceeding under 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and proper notice of the Motion having been provided; and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of Admittee's client(s); the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore;

Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman & Canoles
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3252
Fax: (888) 360-9092
E-mail: dtlewand@kaufcan.com

Matthew G. Bouslog, Esq. (*pro hac vice pending)*
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Tel: (949) 451-4030
Fax: (949) 475-4640_
E-mail: mbouslog@gibsondunn.com

*Counsel to Investcorp International Inc.*

**IT IS HEREBY ORDERED:**

1. The relief requested in the Motion is hereby **GRANTED** as set forth herein.

2. Matthew G. Bouslog is authorized to appear and practice pro hac vice as counsel to Investcorp International Inc. in the above referenced Bankruptcy Cases and all related proceedings. The Application attached to the Motion as Exhibit B is approved.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

5. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**ENTERED:**

________________________________
**JUDGE**

**WE ASK FOR THIS:**

________________________________
Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman & Canoles
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3252
Fax: (888) 360-9092
E-mail: dtlewand@kaufcan.com

*Counsel to Investcorp International Inc.*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by/served upon all necessary parties.

______________________________

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER**
**LOCAL BANKRUPTCY RULE 2090-1(E)(3)**

**In Case No.:** 21-30660 (KLP) **,* Case Name** Paper Source, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Matthew G. Bouslog
Bar Identification Number 280978 State California
Firm Name Gibson, Dunn & Crutcher LLP
Firm Phone # 949-451-3800 Direct Dial # 949-451-4030 FAX # 949-475-4640
E-Mail Address MBouslog@gibsondunn.com
Office **Mailing** Address 3161 Michelson Drive, Irvine, CA 92612-4412
Name(s) of federal court(s) in which I have been admitted N.D. Cal., C.D. Cal., S.D. Cal

I am a member in good standing of the Bar of the following United States District Court(s): N.D. Cal., C.D. Cal., S.D. Cal.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

/s/ Matthew G. Bouslog
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Dennis T. Lewandowski
(Signature)

03/11/21
(Date)

Dennis T. Lewandowski
(Typed or Printed Name)

**Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.