Mark S. Indelicato, Esq. (*pro hac vice* forthcoming)
Mark T. Power, Esq. (*pro hac vice* forthcoming)
Janine Figueiredo, Esq. (*pro hac vice* forthcoming)
Aleksandra Abramova, Esq. (*pro hac vice* forthcoming)
**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email:    mindelicato@hahnhessen.com
          mpower@hahnhessen.com
          jfigueiredo@hahnhessen.com
          aabramova@hahnhessen.com

*Proposed Lead Counsel to the Official*
*Committee of Unsecured Creditors*

Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hirschlerlaw.com
        bfalabella@hirschlerlaw.com

*Proposed Local Counsel to the Official*
*Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------------------------------x

In re:

Paper Source, Inc.,, *et al.,*[1]

                                Debtors.

Chapter 11

Case No. 21-30660 (KLP)

(Jointly Administered)

------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pine Holdings, Inc. (4460) and Paper Source, Inc. (8035). The Debtors' service address is 125 South Clark St., Chicago, IL 60603.

PLEASE TAKE NOTICE that the law firm of Hahn & Hessen LLP and Hirschler Fleischer, P.C. hereby appear as proposed counsel on behalf of The Official Committee of Unsecured Creditors of Paper Source, Inc., et al. (the "Committee") that has been appointed in the above-referenced chapter 11 bankruptcy cases, and that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon the following:

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Janine Figueiredo, Esq.
Aleksandra Abramova, Esq.
**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email:    mindelicato@hahnhessen.com
            mpower@hahnhessen.com
            jfigueiredo@hahnhessen.com
            aabramova@hahnhessen.com

Robert S. Westermann, Esq.
Brittany B. Falabella, Esq.
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hirschlerlaw.com
          bfalabella@hirschlerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that, if applicable, pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provision specified above, but also includes, without limitation, all orders, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or

conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopy, electronic mail or otherwise, made by the Debtors or any third party in the bankruptcy case or any adversary proceedings or contested matters therein.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of the Committee to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after de novo review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by the Committee or consent by the Committee to final adjudication in the Bankruptcy Court of such matters); (b) the right of the Committee to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretionary withdrawal; (c) the right of the Committee to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of Page Left Intentionally Blank*]

Dated: March 17, 2021    Respectfully submitted,

*/s/ Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: rwestermann@hirschlerlaw.com
    bfalabella@hirschlerlaw.com

*Proposed Local Counsel to the Official Committee of Unsecured Creditors*

--and--

Mark S. Indelicato, Esq. (*pro hac vice* forthcoming)
Mark T. Power, Esq. (*pro hac vice* forthcoming)
Janine M. Figueiredo, Esq. (*pro hac vice* forthcoming)
Aleksandra Abramova, Esq. (*pro hac vice* forthcoming)
**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: mindelicato@hahnhessen.com
    mpower@hahnhessen.com
    jfigueiredo@hahnhessen.com
    aabramova@hahnhessen.com

*Proposed Lead Counsel for The Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 17, 2021, I caused a true and correct copy of the foregoing Notice to be electronically served by the Court's CM/ECF system, which thereby caused an electronic notification of filing to be served on all other registered users of the ECF system who have filed notices of appearances in this case.

                                                                                               */s/ Robert S. Westermann*
                                                                                                     Counsel