John H. Maddock III (VSB No. 41044)
Sarah B. Boehm (VSB No. 45201)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000

*Counsel to Fifth Third Bank*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PAPER SOURCE, INC., *et al.*,[1] | ) ) | Case No. 21-30660 (KLP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MOTION TO SEAL CONFIDENTIAL DOCUMENT IN SUPPORT OF MOTION OF
FIFTH THIRD BANK FOR RELIEF FROM THE
AUTOMATIC STAY AND THE RIGHT TO SETOFF PURSUANT
TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE**

Fifth Third Bank ("**Fifth Third**"), by and through undersigned counsel, hereby files this motion (this "**Motion**") seeking the entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing Fifth Third to file under seal a certain confidential document (the "**Confidential Document**"). In support of the Motion, Fifth Third respectfully represent as follows:

**JURISDICTION**

1.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of these cases and this Motion to Expedite in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pine Holdings, Inc. (4460) and Paper Source, Inc. (8035). The Debtors' service address is 125 South Clark St., Chicago, IL 60603.

1

2. The statutory bases for the relief requested herein are section 107(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## FACTUAL BACKGROUND

3. In addition to maintaining various bank accounts at Fifth Third, the Debtors entered into certain agreements with Fifth Third (collectively, the "**Fifth Third Agreements**"), including a certain Commercial Card Service Agreement (the "**Credit Agreement**") dated July 1, 2019. Fifth Third and Paper Source, Inc. ("**Paper Source**," together with Pine Holdings, Inc., the "**Debtors**") executed the Credit Agreement. In accordance with the Credit Agreement, Fifth Third established the Line of Credit for approximately $1.4 million. Pursuant to the Credit Agreement, Paper Source agreed to, among other things, limit the use of all corporate credit cards tied to the Line of Credit to business or commercial purposes on behalf of Paper Source and to timely review and reconcile all account activity and transactions. Payment of the full amount outstanding under the Line of Credit is due on or before the payment due date (with payments dates and outstanding amounts set forth on each account statement provided to Paper Source). The Credit Agreement provides, in part, that Paper Source shall be in default upon failure to make any payments on any obligations, as well as if Paper Source became insolvent or "subject to any voluntary . . . bankruptcy or insolvency proceeding." *Id.*

4. The Debtors are entitled to a rebate relating to the Line of Credit for the year 2020 ("**2020 Rebate**"). The 2020 Rebate is $157,900.00. *Id.* at ¶ 10.

## PROCEDURAL BACKGROUND

5. On March 2, 2021 (the "**Petition Date**"), the Debtors commenced their cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Virginia (this "**Court**").

6. The Debtors' chapter 11 cases (the "Chapter 11 Cases") are jointly administered and the Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. On March 26, 2021, Fifth Third filed the *Motion of Fifth Third Bank for Relief from the Automatic Stay and the Right to Setoff Pursuant to Sections 362 and 553 of the Bankruptcy Code* (the "**Stay and Setoff Motion**"). Doc. No. 233. Through the Stay and Setoff Motion, Fifth Third seeks: (1) relief from the automatic stay pursuant to terminate the Credit Agreement entered into prepetition by Fifth Third and Paper Source; and, (2) the ability to setoff a 2020 Rebate of $157,900.00, to which the Debtors are entitled, against the $981,100.45 prepetition debt owed to Fifth Third. *See id.*

8. In support of the Stay and Setoff Motion, Fifth Third filed the *Declaration of Edward Goller, Special Assets, Vice President of Fifth Third Bank in Support of Motion of Fifth Third Bank for Relief from the Automatic Stay and the Right to Setoff Pursuant to Sections 362 and 553 of the Bankruptcy Code* (the "**Goller Declaration**"). Doc. No. 233, Ex. B.

9. Now, Fifth Third seeks to file its *Supplement to the Declaration of Edward Goller, Special Assets, Vice President of Fifth Third Bank in Support of Motion of Fifth Third Bank for Relief from the Automatic Stay and the Right to Setoff Pursuant to Sections 362 and 553 of the Bankruptcy Code* (the "**Goller Supplement**"), which attaches the Confidential Document in further support of the Stay and Setoff Motion. A *Motion to Expedite Hearing on the Motion to Seal Confidential Document as an Exhibit to the Goller Supplement in Support of the Motion of Fifth Third Bank for Relief from the Automatic Stay and the Right to Setoff Pursuant to Sections 362 and 553 of the Bankruptcy Code* has been filed contemporaneously herewith.

## RELIEF REQUESTED

3

10. By this Motion, Fifth Third requests entry of an order, pursuant to section 107(b) of the Bankruptcy Code, authorizing Fifth Third to file the Confidential Document as an exhibit to the Goller Supplement under seal.

## BASIS FOR RELIEF

11. Section 107(b) of the Bankruptcy Code authorizes this Court to issue orders to protect entities from potential harm caused by the disclosure of confidential information. Specifically, section 107(b)(1) of the Bankruptcy Code provides, in pertinent part:

> On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . .

11 U.S.C. § 107(b)(1).

17. Moreover, Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") provides:

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires . . . to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information . . . .

Fed. R. Bankr. P. 9018.

18. In granting relief under section 107(b) of the Bankruptcy Code, "[t]he court determines whether the subject documents fall within the provisions of § 107(b) and the appropriate remedy if they do." *In re Barney's, Inc.,* 201 B.R. 703, 707 (Bankr. S.D.N.Y. 1996). If the documents in question fall within the parameters of section 107(b), "the court is *required* to protect a requesting interested party and has no discretion to deny the application." *In re Orion Pictures Corp.*, 21 F.3d 24, 27 (2d Cir. 1994) (emphasis in original); *see also In re Lomas Fin. Corp.,* No. 90 Civ. 7827 (LLS), 1991 WL 21231, at *2 (S.D.N.Y. Feb. 11, 1991) (noting the broad

4

scope of the term "commercial information"); *see also In re Orion Pictures Corp.,* 21 F.3d 24 (2d Cir. 1994) (holding neither 11 U.S.C. § 107(b) nor Bankruptcy Rule 9018, requires commercial information be the equivalent of a trade secret to receive protection).

19. Here, the Confidential Document includes a confidentiality clause that requires it to be kept confidential due to the sensitive nature of the commercial information contained therein. Accordingly, the Confidential Document falls within the parameters established through 11 U.S.C. § 107(b) and Bankruptcy Rule 9018 and must be sealed.

### WAIVER OF MEMORANDUM OF LAW

20. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion and all applicable authority is set forth in the Motion, Fifth Third requests that the requirement that all motions be accompanied by a separate memorandum of law be waived.

### NO PRIOR REQUEST

21. Fifth Third has not sought the relief herein through any prior motion filed or made in this or any other court.

## CONCLUSION

WHEREFORE, Fifth Third respectfully request that the Court enter an Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting Fifth Third such other relief as is just and proper.

Dated: April 8, 2021　　　　　　　　　　　Respectfully Submitted,
Richmond, Virginia

　　　　　　　　　　　　　　　　　　　　/s/ John H. Maddock III
　　　　　　　　　　　　　　　　　　　　John H. Maddock III (VSB No. 41044)
　　　　　　　　　　　　　　　　　　　　Sarah B. Boehm (VSB No. 45201)
　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　800 East Canal Street
　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　　Telephone: (804) 775-1000
　　　　　　　　　　　　　　　　　　　　Email: jmaddock@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　　　sboehm@mcguirewoods.com

*Counsel to Fifth Third Bank*

6

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 8th day of April 2021, I caused a copy of the foregoing to be served through the Court's CM/ECF system on all parties receiving notices in these cases. I also caused a copy of the foregoing to be served by email on the Service List (Core Parties and 2002 List), in the form attached hereto as **Exhibit B,** to the extent an email address was provided by the party seeking notice. To the parties where only a mailing address was provided on the Service List, I caused the foregoing to be mailed by First Class U.S. Mail, postage prepaid.

/s/ *John H. Maddock III*
John H. Maddock III

# EXHIBIT A

John H. Maddock III (VSB No. 41044)
Sarah B. Boehm (VSB No. 45201)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000

*Counsel to Fifth Third Bank*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| PAPER SOURCE, INC., *et al.,*[1] | ) ) Case No. 21-30660 (KLP) |
| Debtors. | ) ) (Jointly Administered) |

**ORDER GRANTING MOTION TO SEAL CONFIDENTIAL DOCUMENT IN SUPPORT OF THE MOTION OF FIFTH THIRD BANK FOR RELIEF FROM THE AUTOMATIC STAY AND THE RIGHT TO SETOFF PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE**

Upon the motion (the "**Motion**") of Fifth Third Bank (the "**Fifth Third**"), for an order, pursuant to Bankruptcy Code section 107 and Bankruptcy Rule 9018, requesting that a certain confidential document (the "**Confidential Document**"), be filed under seal as an exhibit to the Goller Supplement; and the Court having reviewed the Motion and the Confidential Document; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

---

[1] The "**Debtors**" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pine Holdings, Inc. (4460) and Paper Source, Inc. (8035). The Debtors' service address is 125 South Clark St., Chicago, IL 60603.

1. The Motion is GRANTED.

2. Fifth Third is authorized to file the Confidential Document under seal.

3. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____
Richmond, Virginia

_____
HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ John H. Maddock III
John H. Maddock III (VSB No. 41044)
Sarah B. Boehm (VSB No. 45201)
McGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000

*Counsel to Fifth Third Bank*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

*/s/ John H, Maddock III*
John H. Maddock III

# **EXHIBIT B**

Master Service List (as of 04/08/2021 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | ADDRESS6 | CITY | STATE | ZIP | COUNTRY | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | COUNSEL FOR: COLLIN COUNTY TAX ASSESSOR | ATTN: PAUL LOPEZ, LARRY BOYD, EMILY HAHN | 1700 REDBUD BLVD., STE. 300 | | | | MCKINNEY | TX | 75069 | | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com | 214-544-4040 |
| BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC | COUNSEL FOR: OLD TREE HOLDINGS LLC | ATTN: J. DAVID FOLDS | 901 K STREET, NW | | | | WASHINGTON | DC | 20001 | | dfolds@bakerdonelson.com | 202-220-2241 |
| BARCLAY DAMON LLP | COUNSEL FOR: A/R RETAIL LLC, WESTFIELD LLC | ATTN: NICLAS FERLAND, ILAN MARKUS | 545 LONG WHARF DRIVE, 9TH FLOOR | | | | NEW HAVEN | CT | 06511 | | nferland@barclaydamon.com; imarkus@barclaydamon.com | 203-654-6274 |
| BORGES & ASSOCIATES, LLC | COUNSEL FOR: WORKMAN PUBLISHING CO., INC | ATTN: WANDA BORGES, SUE CHIN | 575 UNDERHILL BLVD, SUITE 118 | | | | SYOSSET | NY | 11791 | | ecfcases@borgeslawllc.com | |
| BURR & FORMAN LLP | ATTN: JOE A. JOSEPH | 420 NORTH 20TH STREET, SUITE 3400 | | | | | BIRMINGHAM | AL | 35203 | | JJOSEPH@BURR.COM | |
| CLARK HILL PLC | COUNSEL FOR: VORH ASSOCIATES | ATTN: DAVID BLAU | 151 S. OLD WOODWARD AVE., STE. 200 | | | | BIRMINGHAM | MI | 48009 | | dblau@clarkhill.com | 248-988-2336 |
| CRENSHAW, WARE & MARTIN, P.L.C. | COUNSEL FOR: VICTORY PARK MANAGEMENT, LLC | ATTN: DONALD SCHULTZ, DARIUS DAVENPORT | 150 N. MAIN STREET, SUITE 1500 | | | | NORFOLK | VA | 23510 | | dschultz@cwm-law.com; ddavenport@cwm-law.com | 757-623-5735 |
| ECKERT SEAMANS CHERIN & MELLOTT LLP | COUNSEL FOR: A/R RETAIL LLC, WESTFIELD LLC | ATTN: CHRISTOPHER PERKINS, ANNEMARIE CLEARY | 919 EAST MAIN STREET, SUITE 1300 | | | | RICHMOND | VA | 23219 | | cperkins@eckertseamans.com; acleary@eckertseamans.com | 804-698-2950 |
| FOLEY & LARDNER LLP | COUNSEL FOR: LMS ASSOCIATES | ATTN: ERIKA MORABITO | 3000 K STREET, N.W., SUITE 600 | | | | | | | | emorabito@foley.com | |
| FROST BROWN TODD LLC | COUNSEL FOR: WASHINGTON PRIME GROUP INC. | ATTN: RONALD GOLD, AJ WEBB, ERIN SEVERINI, KENDAL HARDISON | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH STREET | | | CINCINNATI | OH | 45202 | | rgold@fbtlaw.com; awebb@fbtlaw.com; eseverini@fbtlaw.com; khardison@fbtlaw.com | 513-651-6981 |
| GARFUNKEL WILD, P.C. | COUNSEL FOR: WHEATLEY PLAZA ASSOCIATES L.P. | ATTN: BURTON WESTON | 111 GREAT NECK ROAD, SUITE 600 | | | | GREAT NECK | NY | 11021 | | bweston@garfunkelwild.com | 516-466-5964 |
| GIBSON, DUNN & CRUTCHER LLP | COUNSEL FOR: INVESTCORP INTERNATIONAL INC. | ATTN: MICHAEL ROSENTHAL | 200 PARK AVENUE | | | | NEW YORK | NY | 10166-0193 | | MRosenthal@gibsondunn.com | 212-351-4035 |
| GIBSON, DUNN & CRUTCHER LLP | COUNSEL FOR: INVESTCORP INTERNATIONAL INC. | ATTN: MATTHEW BOUSLOG | 3161 MICHELSON DRIVE | | | | IRVINE | CA | 92612-4412 | | MBouslog@gibsondunn.com | 949-451-4640 |
| GOULSTON & STORRS PC | COUNSEL FOR: CHS COMMERCIAL OWNER LLC, SOUTH OF MARKET LLC, BP PRUCENTER ACQUISITION LLC, | EMBARCADERO CENTER, EASTCHESTER ASSOCIATED LP, | ATTN: YARA KASS-GERGI | 885 THIRD AVENUE, 18TH FLOOR | | | NEW YORK | NY | 10022 | | ykass-gergi@goulstonstorrs.com | 212-878-6911 |
| GOULSTON & STORRS PC | COUNSEL FOR: CHS COMMERCIAL OWNER LLC, SOUTH OF MARKET LLC, BP PRUCENTER ACQUISITION LLC, | EMBARCADERO CENTER, EASTCHESTER ASSOCIATED LP | ATTN: VANESSA MOODY | 400 ATLANTIC AVENUE | | | BOSTON | MA | 02110 | | vmoody@goulstonstorrs.com | 617-574-4112 |
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | COUNSEL FOR: BEVILL, INC. | ATTN: JEFFREY KRIEGER | 1900 AVENUE OF THE STARS, STE. 2100 | | | | LOS ANGELES | CA | 90067 | | jkrieger@greenbergglusker.com | 310-553-0687 |
| GREENBERG TRAURIG, LLP | COUNSEL FOR: COUNSEL FOR ACADIA 83 SPRING STREET & | RCPI LANDMARK PROPERTIES, LLC | ATTN: THOMAS J. MCKEE, JR. | 1750 TYSONS BOULEVARD, SUITE 1000 | | | MC LEAN | VA | 22102 | | mckeet@gtlaw.com | 703-749-1301 |
| HAHN & HESSEN LLP | PROPOSED COUNSEL FOR THE COMMITTEE | ATTN: MARK INDELICATO, MARK POWER, | ALESSANDRA ABRAMOVA, JANINE FIGUEIREDO | 488 MADISON AVENUE | | | NEW YORK | NY | 10022 | | mindelicato@hahnhessen.com; mpower@hahnhessen.com; jfigueiredo@hahnhessen.com; aabramova@hahnhessen.com | 212-478-7400 |
| HINCKLEY, ALLEN & SNYDER LLP | COUNSEL FOR: ARLINGTON STREET REAL ESTATE TRUST | ATTN: JENNIFER DORAN | 28 STATE STREET | | | | BOSTON | MA | 02109 | | jdoran@hinckleyallen.com; rwestermann@hirschlerlaw.com | 617-345-9020 |
| HIRSCHLER FLEISCHER, P.C. | PROPOSED CO-COUNSEL TO THE COMMITTEE | ATTN: ROBERT WESTERMANN, BRITTANY FALABELLA | THE EDGEWORTH BUILDING | 2100 EAST CARY STREET | | | RICHMOND | VA | 23223 | | bfalabella@hirschlerlaw.com | 804-644-0957 |
| KANE RUSSELL COLEMAN LOGAN PC | COUNSEL FOR: KD COLE ARMSTRONG HOLDCO, LLC | ATTN: MICHAEL RIDULFO | 5051 WESTHEIMER ROAD, 10TH FLOOR | | | | HOUSTON | TX | 77056 | | mridulfo@krcl.com | 713-425-7700 |
| KATTEN MUCHIN ROSENMAN LLP | (COUNSEL TO VICTORY ADMIN AGENT 2L) ATT: MARK R. | GROSSMANN, ESQ. AND MARK D. RASMUSSEN, ESQ. | 525 WEST MONROE STREET | | | | CHICAGO | IL | 60661-3693 | | MG@KATTENLAW.COM; MARK.RASMUSSEN@KATTENLAW.COM | 312-902-1061 |
| KATTEN MUCHIN ROSENMAN LLP | (COUNSEL TO VICTORY ADMIN AGENT 2L) | PETER A. SIDDIQUI | 525 WEST MONROE STREET | | | | CHICAGO | IL | 60661-3693 | | PETER.SIDDIQUI@KATTEN.COM | 312-577-8964, 312-902-1061 |
| KAUFMAN & CANOLES | COUNSEL FOR: INVESTCORP INTERNATIONAL INC. | ATTN: DENNIS LEWANDOWSKI | 150 W MAIN STREET, SUITE 2100 | | | | NORFOLK | VA | 23510 | | KDWBankruptcyDepartment@kaufcan.com; rlehane@kelleydrye.com; jravele@kelleydrye.com; mascott@kelleydrye.com | 888-360-9092 |
| KELLEY DRYE & WARREN LLP | COUNSEL FOR: BROOKFIELD PROPERTIES RETAIL INC., | HINES GLOBAL REIT, REGENCY CENTERS L.P. | ATTN: ROBERT LEHANE, JENNIFER RAVIELE, MARK SCOTT | 3 WORLD TRADE CENTER | 175 GREENWICH STREET | | NEW YORK | NY | 10007 | | | |
| KLEHR HARRISON HARVEY BRANZBURG LLP | COUNSEL FOR: ADR 1628 WALNUT, LP | ATTN: CORRINNE SAMLER BRENNAN | 1835 MARKET STREET, SUITE 1400 | | | | PHILADELPHIA | PA | 19103 | | cbrennan@klehr.com | 215-568-6603 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | COUNSEL FOR: ADR 1628 WALNUT, LP | ATTN: ZACHARY SCHNAPP | 919 N. MARKET STREET, SUITE 1000 | | | | WILMINGTON | DE | 19801 | | zschnapp@klehr.com | 215-568-6603 |
| KRISTEN N. PATE | COUNSEL FOR: BROOKFIELD PROPERTIES RETAIL, INC. | 350 N. ORLEANS STREET, SUITE 300 | | | | | CHICAGO | IL | 60654 | USA | bk@brookfieldpropertiesretail.com | 312-442-6274 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | COUNSEL FOR: TARRANT COUNTY, DALLAS COUNTY | 2777 N. STEMMONS FREEWAY | SUITE 1000 | | | | DALLAS | TX | 75207 | | DALLAS.BANKRUPTCY@PUBLICANS.COM | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | COUNSEL FOR: HARRIS COUNTY | PO BOX 3064 | | | | | HOUSTON | TX | 77253-3064 | | houston_bankruptcy@publicans.com | 713-844-3503 |
| LOEB & LOEB LLP | COUNSEL FOR: METROPOLITAN TRANSPORTATION AUTHORITY | ATTN: JOHN D. TALIAFERRO | 901 NEW YORK AVENUE NW | | | | WASHINGTON | DC | 20001 | | jtaliaferro@loeb.com | 212-581-5981 |
| LOEB & LOEB LLP | COUNSEL FOR: METROPOLITAN TRANSPORTATION AUTHORITY | ATTN: DANIEL BESIKOF | 345 PARK AVENUE | | | | NEW YORK | NY | 10154 | | dbesikof@loeb.com | |
| LUBIN OLSON & NIEWIADOMSKI LLP | COUNSEL FOR: CEP TOWN & COUNTRY INVESTORS LLC | ATTN: DENNIS D. MILLER | 600 MONTGOMERY STREET, 14TH FLOOR | | | | SAN FRANCISCO | CA | 94111 | | dmiller@lubinolson.com | 415-981-4343 |
| MCDONALD, SUTTON & DUVAL, PLC | COUNSEL FOR: DALLAS COUNTY, HARRIS COUNTY, TARRANT COUNTY | 5516 FALMOUTH STREET, SUITE 108 | | | | | RICHMOND | VA | 23230 | | klake@mcdonaldsutton.com | 804-788-4427 |
| MCGUIREWOODS LLP | COUNSEL FOR: FIFTH THIRD BANK | ATTN: JOHN MADDOCK III | GATEWAY PLAZA | 800 EAST CANAL STREET | | | RICHMOND | VA | 23219 | | jmaddock@mcguirewoods.com | 972-380-5748 |
| MIDCAP FINANCIAL TRUST (ADMIN AGENT 1L) | ATTENTION: GENERAL COUNSEL | C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER | 7255 WOODMONT AVENUE, SUITE 200 | | | | BETHESDA | MD | 20814 | | LEGALNOTICES@MIDCAPFINANCIAL.COM | 301-941-1450 |
| MISSOURI DEPARMENT OF REVENUE | ATTN: ZACH DEJOODE | 301 W. HIGH STREET, ROOM 670 | PO BOX 475 | | | | JEFFERSON CITY | MO | 65105 | | edvaecf@dor.mo.gov | 573-751-7232 |
| OFFICE OF THE UNITED STATES TRUSTEE | KATHRYN R. MONTGOMERY, ASST. US TRUSTEE | NICHOLAS S. HERRON, ESQ. | 701 E. BROAD STREET, STE. 4304 | | | | RICHMOND | VA | 23219 | | KATHRYN.MONTGOMERY@USDOJ.GOV; NICHOLAS.S.HERRON@USDOJ.GOV | 804-771-2330 |
| PAPER SOURCE, INC. | ATTN: RONALD KRUCZYNSKI | 125 SOUTH CLARK STREET | | | | | CHICAGO | IL | 60603 | | | |
| PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN | COUNSEL FOR: GILMORE LAND CO., LLC | 555 SOUTH FLOWER STREET, 30TH FLOOR | | | | | LOS ANGELES | CA | 90071 | | gtokumor@pmcos.com | 213-683-6669 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP | COUNSEL FOR: CLEAR CREEK SCHOOL DISTRICT, SPRING BRANCH SCHOOL DISTRICT | ATTN: OWEN SONIK | 1235 NORTH LOOP WEST | SUITE 600 | | | HOUSTON | TX | 77008 | | osonik@pbfcm.com | 713-862-1429 |
| PROSKAUER ROSE LLP | (COUNSEL TO MIDCAP ADMIN AGENT 1L) | ATTENTION: SANDRA MONTGOMERY | 2029 CENTURY PARK EAST, SUITE 2400 | | | | LOS ANGELES | CA | 90067-3010 | | SMONTGOMERY@PROSKAUER.COM | |
| PROSKAUER ROSE LLP | (COUNSEL TO MIDCAP ADMIN AGENT 1L) | CHARLES DALE, ELLIOT STEVENS | ONE INTERNATIONAL PLACE | | | | BOSTON | MA | 02110 | | CDALE@PROSKAUER.COM; ESTEVENS@PROSKAUER.COM | 617-526-9899 |
| PROSKAUER ROSE LLP | (COUNSEL TO MIDCAP ADMIN AGENT 1L) | DAVID HILLMAN, JOHN PETERSON III | ELEVEN TIMES SQUARE | | | | NEW YORK | NY | 10036 | | DHILLMAN@PROSKAUER.COM; JPETERSON@PROSKAUER.COM | 212-969-2900 |
| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC | COUNSEL FOR: 10 SOUTH LASALLE OWNER LLC | ATTN: FRED RINGEL | 875 THIRD AVENUE, 9TH FLOOR | | | | NEW YORK | NY | 10022 | | flr@robinsonbrog.com | |
| SAUL EWING ARNSTEIN & LEHR LLP | COUNSEL FOR: BEVILL, INC. | ATTN: ROBERT GILL | 1919 PENNSYLVANIA AVENUE, N.W., SUITE 550 | | | | WASHINGTON | DC | 20006 | | robert.gill@saul.com | 202-295-6705 |
| SAUL EWING ARNSTEIN & LEHR LLP | COUNSEL FOR: BEVILL, INC. | ATTN: JOHN DEMMY | 1201 N. MARKET STREET, SUITE 2300 | P.O. BOX 1266 | | | WILMINGTON | DE | 19899 | | john.demmy@saul.com | 302-421-6813 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER | 225 WEST WASHINGTON STREET | | | | | INDIANAPOLIS | IN | 46204 | | rtucker@simon.com | 317-263-7901 |
| SINGER & LEVICK, P.C. | COUNSEL FOR: TOWN & COUNTRY CAMELBACK, LLC | ATTN: MICHELLE SHIRRO | 16200 ADDISON ROAD, SUITE 140 | | | | ADDISON | TX | 75001 | | mshirro@singerlevick.com | 972-380-5748 |
| SIRLIN LESSER & BENSON, P.C. | COUNSEL FOR: PAOLI SHOPPING CENTER LP, FIRST INDUSTRIAL, LP | 123 SOUTH BROAD STREET, SUITE 2100 | | | | | PHILADELPHIA | PA | 19109 | | DPLONE@SIRLINLAW.COM | |
| SPIRO & BROWNE PLC | COUNSEL FOR: FERRUM TECHNOLOGY SERVICES | ATTN: DAVID BROWNE | 6802 PARAGON PLACE, SUITE 410 | | | | RICHMOND | VA | 23230 | | dbrowne@sblawva.com | 804-836-1855 |
| STARK & STARK, P.C. | COUNSEL FOR: LEVIN MANAGEMENT, SHOPCORE PROPERTIES | ATTN: THOMAS ONDER, JOSEPH LEMKIN | P.O. BOX 5315 | | | | PRINCETON | NJ | 08543 | | tonder@stark-stark.com; jlemkin@stark-stark.com | 609-896-0629 |
| TAVENNER & BERAN, PLC | COUNSEL FOR: MIDCAP FINANCIAL TRUST | ATTN: LYNN L. TAVENNER, PAULA S. BERAN | 20 NORTH EIGHTH STREET, SECOND FLOOR | | | | RICHMOND | VA | 23219 | USA | ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com | 804-783-0178 |
| TENENBAUM & SAAS, P.C. | COUNSEL FOR: LMS ASSOCIATES, LLC | ATTN: BRADSHAW ROST | 4504 WALSH STREET, SUITE 200 | | | | CHEVY CHASE | MD | 20815 | | BRost@tspclaw.com | |
| THE TAUBMAN COMPANY, LLC | ATTN: ANDREW CONWAY | 200 EAST LONG LAKE ROAD, SUITE 300 | | | | | BLOOMFIELD HILLS | MI | 48304 | | aconway@taubman.com | |
| TRAINOR FAIRBROOK | COUNSEL FOR: ROSEVILLE FOUNTAINS, LP | 980 FULTON AVE | | | | | SACRAMENTO | CA | 95825 | | jpruski@trainorfairbrook.com | 916-929-7111 |
| TRAVIS COUNTY ATTORNEY | ATTN: DELIA GARZA, JASON STARKS | P.O. BOX 1748 | | | | | AUSTIN | TX | 78767 | | Jason.Starks@traviscountytx.gov | 512-854-9316 |
| TURK & QUIJANO, LLP | COUNSEL FOR: ABOY, LLC | 10 FORBES ROAD, SUITE 400W | | | | | BRAINTREE | MA | 02184 | | jturk@tqlawfirm.com; dlevinson@tqlawfirm.com | |
| VALINOTI, SPECTER & DITO, LLP | COUNSEL FOR: NAM, LP | ATTN: JEFFREY DITO | 555 MONTGOMERY STREET, SUITE 605 | | | | SAN FRANCISCO | CA | 94111 | | jdito@valnoti-dito.com | 650-745-1126 |
| VICTORY PARK MANAGEMENT LLC | (ADMIN AGENT 2L) | ATTENTION: SCOTT R. ZEMNICK, GENERAL COUNSEL | 150 N. RIVERSIDE PLAZA, SUITE 5200 | | | | CHICAGO | IL | 60606 | | SZEMNICK@VPCADVISORS.COM | |
| WHITEFORD, TAYLOR & PRESTON, LLP | (CO-COUNSEL FOR DEBTORS) | ATTN: CHRISTOPHER A JONES, DAVID W. GAFFEY, JAE WON HA | TWO JAMES CENTER, 1021 E. CARY STREET, SUITE 1700 | | | | RICHMOND | VA | 23219 | | DGaffey@wtplaw.com; jha@wtplaw.com; cajones@wtplaw.com; aepps@williamsmullen.com; mmueller@williamsmullen.com | |
| WILLIAMS MULLEN | COUNSEL FOR: THE TAUBMAN COMPANY, CITY CREEK CENTER ASSOCIATES, COUNTRY CLUB PLAZA, | TB MALL AT UTC, CEP TOWN & COUNTRY LLC, KIMCO | 787 SEVENTH AVENUE | ATTN: AUGUSTUS EPPS, JR., MICHAEL MUELLER, H. BURBAGE | JENNIFER MCLEMORE, BENNETT EASTHAM | 200 SOUTH 10TH STREET, SUITE 1600 | RICHMOND | VA | 23219 | | jmclemore@williamsmullen.com; beastham@williamsmullen.com | 804-420-6507 |
| WILLKIE FARR & GALLAGHER LLP | (CO-COUNSEL FOR DEBTORS) | 10017 | ATTN: JENNIFER J. HARDY, MATTHEW A. FELDMAN, JAMES H. BURBAGE | | | | NEW YORK | NY | 10019 | | JBretschneider@wilkie.com; CLee@willkie.com; JBrandt@willkie.com | |
| ZEMANIAN LAW GROUP | COUNSEL FOR: SAUER PROPERTIES, INC. | ATTN: PETER ZEMANIAN | 223 EAST CITY HALL AVENUE | | | | NORFOLK | VA | 23510 | | pete@zemanianlaw.com | 757-622-0096 |
| ZEMANIAN LAW GROUP | COUNSEL FOR: SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, SHOPCORE PROPERTIES | ATTN: PAUL DRISCOLL | 223 EAST CITY HALL AVENUE, SUITE 201 | | | | NORFOLK | VA | 23510 | | paul@zemanianlaw.com | 757-622-0096 |