Eastern District of Virginia
-----------------------------------------------------------------x
In re

                                                                Chapter 11

Paper Source                                         Case No. 21-30660

                    Debtors

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the Notice of Transfer of Claim for **Shamah, Ralph (Eccolo)** (Doc. #508) is hereby withdrawn by Argo Partners.

                                              Dated: September 14, 2021

                                              /s/ Matthew Binstock
                                              Matthew Binstock
                                              Argo Partners
                                              (212) 643-5446