| | |
|---|---|
| John C. Longmire (admitted *pro hac vice*)<br>Matthew A. Feldman (admitted *pro hac vice*)<br>James H. Burbage (admitted *pro hac vice*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br><br>Telephone:      (212) 728-8000<br>Facsimile:       (212) 728-8111 | Christopher A. Jones (VSB# 40064)<br>David W. Gaffey (VSB# 85088)<br>Jae Won Ha (VSB# 94781)<br>**WHITEFORD TAYLOR & PRESTON LLP**<br>Two James Center<br>1021 E. Cary Street, Suite 1700<br>Richmond, VA 23219<br><br>Telephone:      (804) 977-3300<br>Facsimile:       (804) 977-3299 |

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PSI LIQUIDATION, INC., *et al.*,[1] | ) | Case No. 21-30660 (KLP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER OF DISMISSAL, ABANDONMENT AND DISSOLUTION**

Upon the *Debtors' Motion for Entry of Orders (I) Implementing Terms of Asset Purchase Agreement; (II) Establishing Procedures With Respect to (A) Administrative, 503(B)(9), and Priority Claims and (B) Final Fee Applications; (III) Authorizing the Debtors to Make Distributions to Claimants Holding Allowed Administrative Claims, Allowed 503(B)(9) Claims, and Allowed Priority Claims; (IV) Authorizing the Debtors to Abandon Certain Property; (V) Dismissing the Debtors' Chapter 11 Cases; (VI) Authorizing the Debtors to Be Dissolved in Accordance With Applicable State Law; and (VII) Granting Related Relief* [Docket No. 560] (the "Motion"), that certain Order granting a portion of the relief requested in the Motion, entered on

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pine Holdings, Inc. (4460) and PSI Liquidation, Inc. (8035). The Debtors' service address is: PSI Liquidation, Inc. c/o Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019. PSI Liquidation, Inc. was formerly known as Paper Source, Inc.

September 8, 2021 [Docket No. 765] (the "Implementation Order"), and the *Certification in Support of Order of Dismissal, Abandonment and Dissolution*, filed on November 10, 2021 [Docket No. 812],

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. As provided in the Certification, the conditions to dismissal of these cases set forth in paragraph 11 of the Implementation Order, and all other requirements for entry this Order, have been satisfied.

2. Pursuant to sections 305(a) and 1112(b) of the Bankruptcy Code, each of these chapter 11 cases is dismissed effective as of the entry of this Order.

3. Notwithstanding anything to the contrary, including, without limitation, section 349 of the Bankruptcy Code, all prior orders, releases, stipulations, settlements, rulings, orders and judgments of this Court made during the course of these chapter 11 cases, including, without limitation, the following orders, shall remain in full force and effect, shall be unaffected by the dismissal of these chapter 11 cases, and are specifically preserved for purposes of finality of judgment and *res judicata* unless expressly amended or overruled by a subsequent stipulation, settlement, order or judgment of this Court, as applicable:

    (i) *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 486] (the "Sale Order"); and

    (ii) *Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Superpriority Administrative Expense Status, (D) Granting Adequate Protection, (E) Modifying the Automatic Stay, and (F) Granting Related Relief* [Docket No. 309].

4. Any executory contracts or unexpired non-residential leases listed in the *Notice of Schedule of Assumed and Assigned Executory Contracts and Unexpired Leases* [Docket No. 528]

or the *Notice of Supplemental Schedule of Assumed and Assigned Executory Contracts* [Docket No. 654] that have not been listed in a notice, motion or other pleading seeking rejection of such agreement and filed with the Court shall be deemed to be Purchased Contracts (as defined in the Sale Order), and shall be deemed to have been assumed by the applicable Debtor and assigned to Purchaser as of the closing of the Sale (as such terms are defined in the Sale Order).

5. The Official Committee of Unsecured Creditors (the "Committee") is hereby dissolved. Each member (including each officer, director, employee, or agent thereof) of the Committee and each professional retained by the Committee is hereby released and discharged from all rights, duties, responsibilities, and obligations arising from, or related to the Committee. Each of the Committee's professionals' retention is terminated, effective immediately, without the need for further action on the part of this Court, the Debtors, the Committee or such professionals, and such professionals shall return any unearned retainer amounts to the Debtors in accordance with the *Omnibus Order Granting Final Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 808].

6. The retention of Epiq Corporate Restructuring, LLC ("Epiq") as the notice and claims agent in these cases is hereby terminated as of the date of this Order. Epiq is authorized to shred or otherwise dispose of all noticing and other documents that have been returned as undeliverable mail. Within thirty (30) days following entry of this Order, Epiq will (a) forward to the Court's clerk an electronic version of all imaged items, (b) upload the creditor mailing list into CM/ECF, and (c) docket a final claims register. Epiq shall further box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia,

Pennsylvania 19154 and docket a completed SF-135 form indicating the accession and location numbers of the archived claims.

7. Pursuant to sections 105(a) and 554 of the Bankruptcy Code and Bankruptcy Rule 6007, the Debtors are authorized, but not directed, to abandon or destroy, or cause to be abandoned or destroyed, any Remaining Assets (as such term is defined in the Motion), including any remaining books and records in their possession following entry of this Order. If such books and records contain personal identifying information, such books and records will be abandoned or destroyed only in a way that preserves the confidentiality of such personal identifying information.

8. As soon as reasonably practicable after entry of this Order, without the need for further action on the part of this Court and without the need for further corporate action, shareholder vote, or action of the boards of directors of the Debtors, the Debtors are authorized to dissolve in accordance with applicable state law, as modified by this Order. Any officer of the Debtors is authorized to execute and file on behalf of the Debtors all documents necessary and proper to effectuate and consummate the dissolution of the Debtors in accordance with the law of the state in which any Debtor entity is organized; provided, however, that the Debtors will not be required to pay any fees or taxes to effectuate, or in connection with, such dissolution.

9. The Debtors are hereby authorized and empowered to take any and all steps necessary and appropriate to effectuate the terms of this Order.

10. Notwithstanding the dismissal of the Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation, interpretation, or enforcement of this or any other Order of this Court entered in the Chapter 11 Cases.

Dated: Nov 21 2021  
Richmond, Virginia

/s/ Keith L Phillips  
THE HONORABLE KEITH L. PHILLIPS  
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Nov 22 2021

WE ASK FOR THIS:

| | |
|---|---|
| */s/ Christopher A. Jones* | |
| Christopher A. Jones (VSB# 40064) | John C. Longmire (admitted *pro hac vice*) |
| David W. Gaffey (VSB# 85088) | Matthew A. Feldman (admitted *pro hac vice*) |
| Jae Won Ha (VSB# 94781) | James H. Burbage (admitted *pro hac vice*) |
| **WHITEFORD TAYLOR & PRESTON LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| Two James Center | 787 Seventh Avenue |
| 1021 E. Cary Street, Suite 1700 | New York, NY 10019 |
| Richmond, VA 23219 | |
| Telephone:    (804) 977-3300 | Telephone:    (212) 728-8000 |
| Facsimile:    (804) 977-3299 | Facsimile:    (212) 728-8111 |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Christopher A. Jones*

5